# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BLACK VOTERS MATTER FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, *et al.*;<br><br>Defendants. | Civil Action No. 1:20-cv-1489-AT |

## PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

In Plaintiffs' Motion for a Preliminary Injunction and supporting memorandum, Plaintiffs stated that the upcoming primary is on May 19, 2020 and that any primary runoff would take place on July 21, 2020.

Today, the upcoming primary was delayed by three weeks, so the upcoming primary is now on June 9, 2020, and any primary runoff will be on August 11, 2020.

In light of this change, Plaintiffs' position is as follows. Plaintiffs maintain that relief may be entered in time for the upcoming primary or any primary runoff.

Specifically, Plaintiffs suggest that relief be entered at least by April 28 but no later than May 19 for the upcoming primary and any primary runoff, and that an expedited briefing schedule be put in place if necessary to meet these deadlines.

However, Plaintiffs reiterate that if doing so is impracticable in light of the COVID pandemic, there is plenty of time for any relief to be entered sufficiently in advance of the November general election. Under the November general election timetable, Plaintiffs suggest that any relief be entered no later than June 1.

Respectfully submitted this 9th day of April, 2020.

**Sean Young**
Attorney Bar Number: 790399
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org

Sophia Lin Lakin*
Dale E. Ho*
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-519-7836
Email: slakin@aclu.org
dho@aclu.org

Attorneys for Plaintiffs

*Pro hac vice application forthcoming

2

## CERTIFICATE OF COMPLIANCE

Pursuant to N.D. Ga. Local Civil Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with N.D. Ga. Local Civil Rule 5.1(C) in Times New Roman 14-point typeface.

**Sean Young**
Attorney Bar Number: 790399
Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I have asked a process server to formally serve Defendants these motion papers. As a courtesy, I have emailed these papers, including the complaint, to the General Counsel of the Secretary of State's Office, as well as the county attorneys for DeKalb County.

**Sean Young**
Attorney Bar Number: 790399
Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org