IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BLACK VOTERS MATTER FUND, and MEGAN GORDON, on behalf of herself and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, and DEKALB COUNTY BOARD OF REGISTRATION & ELECTIONS, and all others similarly situated, | : : : : : : : | CIVIL ACTION NO. 1:20-cv-1489-AT |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction ("Motion") [Doc. 2]. Upon review of the Motion, it is **ORDERED** that Plaintiffs are **DIRECTED** to serve the Summons, Complaint, Motion, **and this Order** upon: Defendants; all known counsel for Defendants; the Attorney General for the State of Georgia; Ryan Germany, general counsel for the Georgia Secretary of State's Office; counsel for the DeKalb County Board of Elections; counsel for DeKalb County; as well as any specifically known counsel who may be representing Defendants in this case or any potential counsel for Defendants with whom they have had contact, **by the most expeditious means reasonably**

**practicable, including email**, and **FILE** a certificate of such service, **AS SOON AS POSSIBLE**, if they have not already.

Defendants are **DIRECTED** to file a Response to the Motion **NO LATER THAN Friday, April 17, 2020 at 2:00 PM**. Defendants should be prepared to address the question of how they handle prepaid postage under O.C.G.A. § 21-2-233(b), O.C.G.A. § 21-2-234(c), and any similar statutes. If Defendants intend to argue that prepaid postage will impose a burden, they need to be prepared to quantify the burden with as much precision as possible given the expedited briefing schedule. The Secretary of State is further **DIRECTED** to file with the Court a listing of all offices for which primary elections will be conducted in the June 9, 2020 election.

Plaintiffs are **DIRECTED** to file a Reply **NO LATER THAN April 22, 2020 at 2:00 PM**. The Court understands that there are serious limitations to what type of human interface is feasible under the current public health emergency circumstances, and that there are extraordinary logistical impediments that may impact preparation of affidavits. Recognizing this, the Court still encourages the Plaintiffs to the extent that it is reasonable and consistent with public health concerns, to provide supplemental voter affidavits or declarations **AS SOON AS POSSIBLE** on a rolling basis. Such affidavits should, if possible, address the types of individual voter concerns flagged in Plaintiffs' Brief. (*See* Pls.' Br. at 8.) Affidavits sworn or declared under penalty of

perjury that are not notarized are fully acceptable.  *See* 28 U.S.C. § 1746.  Handwritten declarations are acceptable as well.

The Court will conduct an audio or video remote hearing on the Motion on **Friday, April 24, 2020 at 10:30 AM**.  The Court's Deputy Clerk will contact the Parties to make arrangements for the hearing as well as any pre-hearing conferences required.

**IT IS SO ORDERED** this 10th day of April, 2020.

_____
**Amy Totenberg
United States District Judge**