IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLACK VOTERS MATTER FUND and MEGAN GORDON, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; DEKALB COUNTY BOARD OF REGISTRATION & ELECTIONS and all others similarly situated, <br><br> Defendants. | Civil Action No.: 1:20-cv-1489-AT |

## CERTIFICATE OF SERVICE

Pursuant this Court's April 10, 2020 order (ECF No. 9), which requires Plaintiffs' Counsel to inform the Court as soon as possible about the status of service of the Summons, Complaint, Motion, and the April 10 Order, Plaintiffs state as follows.

**Summary:** Plaintiffs' position is that the Summons, Complaint, and Motion was formally served on Counsel for Defendant DeKalb County Board of

1

Registration and Elections ("DeKalb County") on Thursday, April 9; and confirm that the April 10 Order was e-mailed today to, and received by, Counsel for DeKalb County. With respect to Defendant Secretary of State, the Secretary's Counsel has confirmed e-mail receipt of the Summons, Complaint, and Motion as of Friday, April 10, and the Parties are in ongoing productive, good-faith discussions about formally resolving the service issues as soon as possible without slowing down the preliminary injunction briefing schedule. In addition, the April 10 Order was e-mailed today to, and received by, Counsel for the Secretary.

*   *   *

**Detailed version:** On Wednesday, April 8, 2020, the day the lawsuit and motion was filed, Plaintiffs' Counsel e-mailed the Summons, Complaint, and Motion to Counsel for Defendant DeKalb County. On Thursday, April 9, 2020, our process server informed us that Defendant DeKalb County Board of Registration & Elections (hereinafter "DeKalb County") had been served with the Summons, Complaint, and Motion. We immediately requested that the process server provide proof of service as soon as possible; we have not received it but will file it as soon as we receive it. That same day on Thursday, Counsel for Defendant DeKalb County responded via e-mail to Plaintiffs' counsel and we engaged in amicable preliminary discussions concerning timetable and logistics. After today's April 10

Order was entered, Plaintiffs' Counsel e-mailed it immediately to Counsel for DeKalb County, who confirmed receipt.

**Defendant Secretary of State.** On Wednesday, April 8, 2020, Plaintiffs' Counsel e-mailed the Summons, Complaint, and Motion to the General Counsel for Defendant Secretary of State. On Thursday, April 9 and Friday, April 10 respectfully, our process server asserted that the Capitol Building (where the Secretary's office is) would not allow his entrance on either day. When Plaintiffs' Counsel asked the process server if the building would be open on Monday, April 13, the process server asserted that security stated that it may or may not be open on Monday. At that point, Counsel for Plaintiffs contemplated other methods of service to avoid any more futile trips.

Meantime, the Attorney General's Office contacted Plaintiffs' counsel this morning, informing them that they were unaware of this lawsuit until today and that communications should be sent to the designated attorney with the Attorney General's Office, not the General Counsel. Plaintiffs learned that the reason the Secretary's Counsel did not know about it until today was because the Wednesday e-mail attaching the Summons, Complaint, and Motion never went through, likely because of file size. (And of course, those filings were not able to be physically delivered to the Secretary.) So Plaintiffs re-emailed the Summons, Complaint, and

Motion in parts this morning to the Secretary's Counsel, who then confirmed that they were received.

Counsel for Plaintiffs and the Secretary's Counsel then began amicable good-faith discussions about timetable and how to efficiently resolve the service issue. During these discussions, Plaintiffs' Counsel agreed that to the extent the Friday e-mail constituted service, Plaintiffs would not consider service to have been formally completed until Monday, April 13, in recognition of the fact that today was a State Holiday.

At around this time, Plaintiffs received this Court's April 10 Order, which was immediately forwarded to the Secretary's Counsel, who confirmed receipt. Good faith discussions resumed about the impact of the order, and the parties discussed the possibility of a formal waiver of service on Monday as an efficient way to resolve the service issue. The parties agreed that a waiver could impact responsive pleading deadlines, but not the preliminary injunction deadlines, and that we would continue those discussions on Monday.

Respectfully submitted,

this April 10, 2020

**Sean J. Young**
Attorney Bar Number: 790399
Attorney for Plaintiffs

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org

Sophia Lin Lakin*
Dale E. Ho*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-519-7836
Email: slakin@aclu.org
dho@aclu.org

Attorneys for Plaintiffs

*Pro hac vice application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Date: April 10, 2020

**Sean Young**
Attorney Bar Number: 790399
Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org