# **DECLARATION OF MARILYNN WINN**

My name is Marilynn and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1.       I am a registered Georgia voter and resident in Fulton County.

2.       I am a United States citizen and will soon be 69 years old. I have not been declared mentally incompetent by a judge, and I am not currently serving a sentence for a felony conviction.

3.       Because of COVID, I try to spend limited time outside and do social distancing. They say I am at greater risk because of my age. I have high blood pressure but have gotten it under control.

4.       I strongly prefer to vote in-person. I am African American. I was born in the civil rights movement. My grandparents and mother were deeply rooted in the movement. Voting in-person means a lot to me and honors their sacrifice. I also like to double check and triple check my ballot selections which I can do best by voting in person. To vote in-person, I drive or walk to the nearest polling place.

5.       I really do not want to vote by mail. I do not trust the mail system at all, especially because it has historically been less reliable or non-functional in communities of color. While I am voting by mail in the upcoming primary, I am going to try everything I can to vote in person this year for later elections.

6. I have never voted by mail in Georgia ever. I am going to do it for the very first time for the upcoming primary (I already voted in person in the March Presidential Preference Primary), because of the COVID pandemic.

7. Because I have no real choice but to vote in person, I'm basically being forced to spend money to vote.

8. The mail-in process is complicated. You have to mail in an absentee ballot application, wait, and then vote an absentee ballot mail, and then you have the postage stamp issue.

9. I've already mailed in my absentee ballot application and will vote by absentee ballot by mail. I used two postage stamps for the absentee ballot application because the application was in card stock and I had not idea how many stamps to use and wanted to be safe. I don't have one of those scales.

10. I also mailed in my application as soon as humanly possible because it may get lost, rejected, and mail is slow and unpredictable especially in African American communities. It has to arrive by Election Day.

11. I do not think any voter, including myself, has to buy and use their own postage stamps for the mail-in absentee ballot or for mailing in absentee ballot application. I will do it of course, but I should not have to.

12. I believe that making voters buy and use their own postage stamps is a poll tax, which is deeply offensive to me as someone raised in the civil rights movement.

13. The COVID pandemic could affect me economically. I am the executive director of a small nonprofit of five staff. I believe it is likely our funding will go down during this pandemic, as donors give less. I am very fearful for my staff and for their jobs.

14. I have the money to spend ten dollars for a book of stamps. But it's not an insignificant amount of money. There is a realistic possibility that I will lose my job this year as donations go down.

15. I have postage stamps. A big reason why I have them is because we mail clemency letters on behalf of women who are currently incarcerated to try to get them out of prison.

16. Of course I will buy as many postage stamps as we need to accomplish this important work and for me to vote, but one stamp used for voting is one less stamp for helping get women out of prison.

17. To get postage stamps, I go to the post office. Obviously, that is not an option right now because of COVID.

18. I don't have one of those scales that tell you how much postage to use.

19. For the absentee ballot application, I used two stamps because the application was in card stock. I didn't want to take the chance.

20. This year, however, I am voting by mail for the first time because of the COVID-19 pandemic. Like many others, I don't want to needlessly expose myself to the virus by voting in-person.

I declare under penalty of perjury that the forgoing is true and correct.

*Marilynn B. Winn*
Marilynn Winn

April 12, 2020
Date