# DECLARATION OF DELINDA BRYANT

My name is Delinda Bryant and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am a registered Georgia voter and resident in Dougherty County.

2. I am a United States citizen and am 63 years old. I have not been declared mentally incompetent by a judge, and I am not currently serving a sentence for a felony conviction.

3. I want to vote by mail this year because of the COVID pandemic. I had a stroke in 2007 and am now physically disabled and received disability payments.

4. I don't know how I'm going to be able to vote by mail in this upcoming election because I don't have stamps.

5. I can't get stamps from anywhere because everything seems to be closed right now because the virus is hitting Dougherty County really hard.

6. My car needs its transmission fixed but my utilities are so high I can't afford it.

7. Ten dollars for a book of stamps is a hardship. The utilities here run high. I think utilities were $300 to $400 a month in the last few months. That's why I can't get my vehicle going. I don't get enough on disability. I wish I knew why. When I turned 62 recently, my retirement dropped to about $215 a month. My mortgage is $765 a month. My income is less than $1,600 a month. Between my

mortgage and my utilities the rest is for food. I only get $16 from SNAP a month. I have to spend money to make copies of everything like mortgage, utility payments, cell phone bills, and driver's license to keep getting SNAP benefits, and making copies costs money too.

8. I guess I need someone to give me a stamp so I can vote. Or pay someone to get one for me.

9. I don't have a printer. I have to go to Staples.

10. In 2018, I was part of a voter organization that helped inmates at a local jail vote.

11. We got absentee ballots in the hands of over 200 inmates. We gave each of them a stamp to put on the absentee ballots.

12. After the voters sent the absentee ballots in, some of the ballots were returned as undeliverable because one stamp was not enough postage. By the time they got the ballot back, it was too late.

13. Our community has a lot of problems with vote by mail. From my experience doing civic engagement I can say that our community has a lot of poverty and a lot of people are illiterate. A lot of elderly people that I've worked with don't have the Internet.

14. When I help people vote by mail, a lot of voters are too scared to fill out the ballot on their own because they are afraid of getting in trouble if they do something wrong. They don't understand the words and language on the ballot.

I swear under penalty of perjury that the above statements are true and correct.

_____
Delinda Bryant


_____
Date

### New Statement Attached

**Sean Young**
To: bryandel55@gmail.com

Tue 4/14/2020 2:31 PM

Attachments: Declaration of Delinda Bryant.pdf (103 KB); Declaration of Delinda Bryant.docx (24 KB)

Ms. Bryant, attached please find the statement I wrote based on our conversation. Please review it carefully and make sure it's right. If it's not right, please call me.

If the statement is right, please do the following:

1) Take a blank sheet of paper.

2) Write on the blank sheet of paper, "I swear under penalty of perjury that the statements above are true and correct."

3) Sign your name and date it.

4) Take a photo of that paper with your signature.

5) Email me a photo of that paper with the signature, and put in the email, "Here is my signature swearing that the statement you sent me is true."

Thank you,

Sean



Re: Statement of Declaration Signature

Delinda Bryant <bryandel55@gmail.com>
To: Sean Young

Tue 4/14/2020 4:06 PM

This message was sent with High importance.
This message is part of a tracked conversation. Click here to find all related messages or to open the original flagged message.

IMG_20200414_160359.jpg
2 MB

On Tue, Apr 14, 2020, 3:47 PM Delinda Bryant <bryandel55@gmail.com> wrote:

Hi Mr Young!

Here is the signature swearing the statement I sent you are true.

Sincerely,

Delinda Bryant
April 20, 2020
(229)809-3241
bryandel55@gmail.com

