## DECLARATION OF SAVANAH KITE

My name is Savanah Kite and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1.    I am a registered Georgia voter and resident in Chatham County.

2.    I am a United States citizen and am 32 years old. I have not been declared mentally incompetent by a judge, and I am not currently serving a sentence for a felony conviction.

3.    I want to vote by mail this year because of the COVID pandemic. I am at especially heightened risk because I have to take immunosuppressants. That's why I self-quarantined even before it became mandatory.

4.    I do not want to use my own postage, which I paid for, just to vote.

5.    COVID has impacted me financially. I am a family therapist. Because of COVID, people are not leaving their homes which means my intake rate is much lower. Doing intake remotely raises a host of problems, including identity verification and privacy concerns.

6.    My wife was working for a grocery store three months ago and was laid off. She managed to get a new job at a grocery store. This meant we were without health insurance for about two months.

1

7.      My wife works 40 hours a week at a grocery store, and works part-time for my office doing intake maybe about 10 hours a week. On top of all this, she is going to school.

8.      My wife and I are struggling financially. We've been kind of poor for a long time, just kind of working our way. Spending $10 for a book of stamps is certainly possible I guess, but it still has a noticeable impact on our other expenses. We're pretty frugal, so for instance when we do go out to eat, we will split one entrée because it's cheaper that way, even if the entrée is $10. We look for sales at the grocery store which is pretty much where we spend most of our money.

9.      We have stamps to use for the upcoming elections. We buy stamps at the True Value hardware store. If we did not have stamps right now, we would not feel comfortable going to True Value in the midst of a pandemic.

10.     We use stamps occasionally, mainly for Christmas cards and tax payments that require sending in a check.

11.     We do not have one of those scales that tells you how much postage to use.

12.     We do have a printer though it is unreliable.

I declare under penalty of perjury that the forgoing is true and correct.

_Savanah Kite_
Savanah Kite

_4/14/2020_
Date