# DECLARATION OF JANICE WALKER

My name is Janice Walker and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am a registered Georgia voter and reside in Gwinnett county.

2. I am a United States citizen and 69 years old. I have not been declared mentally incompetent by a judge, and I am not currently serving a sentence for a felony conviction.

3. I am voting by mail this year because of the COVID-19 pandemic.

4. I am concerned about the virus because according to the World Health Organization, The Center for Disease Control, local and national health official, based on what they currently know about COVID-19, I am at risk simply because COVID-19 exist.

5. The government is asking citizens to vote by absentee ballots. That is okay with me. My issue with this process is voters have to apply postage to both the application to vote absentee and to return the actual ballot.

6. In my modest opinion, I see this as a way to discourage people from voting.

7. How will people determine how much postage to affix to the application and ballot. I can't think of any non-business, average every day citizen that owns a postage scale. They would have to make a trip to the post office (if there is post office in their neighborhood). Some banks and grocery stores sell postage stamps. However, the questions remain: How much postage do I use; will the post office deliver the application or ballot if there's not enough postage on it?

8. Let us not forget the "Stay-in-place" Order. I purchased a book of postage stamps last month from the post office on Britt Road.  I'm so happy that I purchased stamps before the COVID-19's Stay-In-Place order was implemented.

9. The absentee voting process can and will be complicated enough for voters.  Why complicate the process further by forcing people to request an application and mail it in. Wait for a ballot. Fill out the ballot and mail it.

10. Voters have enough on their plates. People are afraid of the coronavirus. Some people are scared of the Census. The government shouldn't complicate thing further by having voters pay to participate.

11. Usually, I vote in-person by driving to the polling place. I am not knocking the absentee voting process. I disagree with voters paying for postage to mail the applications and ballots.

I declare under penalty of perjury that the forgoing is true and correct.

*Janice Walker*
Janice Walker

*April 14, 2020*
Date