# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BLACK VOTERS MATTER FUND, and MEGAN GORDON, on behalf of herself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; DEKALB COUNTY BOARD OF REGISTRATION & ELECTIONS,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-01489-AT |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Melanie Johnson, of the law firm Robbins Ross Alloy Belinfante Littlefield LLC, 500 14th Street N.W., Atlanta, Georgia 30318, and hereby enters her appearance as additional counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, and requests that she be added to the docket as counsel for this defendant. Please direct all further pleadings, notices, orders, and other matters to her at the address below.

-2-

Respectfully submitted, this 16th day of April, 2020.

>*/s/ Melanie Johnson*
>Melanie Johnson
>Georgia Bar No. 466756
>mjohnson@robbinsfirm.com
>Robbins Ross Alloy Belinfante Littlefield LLC
>500 14th Street, N.W.
>Atlanta, Georgia 30318
>Telephone:  (678) 701-9381
>Facsimile:   (404) 856-3250
>
>*Counsel for Defendant Secretary of State*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Melanie Johnson*
Melanie Johnson

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE OF MELANIE JOHNSON** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 16th day of April, 2020.

*/s/ Melanie Johnson*
Melanie Johnson