## <u>SUPPLEMENTAL DECLARATION OF DAN KIRSLIS</u>

My name is Dan Kirslis and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

On Tuesday, April 14, 2020, I had still not received the stamps that I ordered online on April 4, 2020. I sent a text message on that day indicating that I had yet to receive the stamps. I found the stamps in my mailbox on Thursday, April 16, 2020. I believe that they arrived that day. Though I can't recall with perfect certainty that I didn't forget to check the mail the day before, I almost always check once a day, so it is very likely that they did indeed arrive on Thursday, the day that I found them.

I declare under penalty of perjury that the forgoing is true and correct.

_Dan Kirslis_
Dan Kirslis

4/19/20
Date

1