# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BLACK VOTERS MATTER FUND, et al.,

   Plaintiffs,

vs.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, et al.,

   Defendants.

Civil Action No. 1:20-cv-1489-AT

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING THEIR MOTION FOR A PRELIMINARY INJUNCTION

On June 26, 2020, Plaintiffs submitted supplemental authority regarding an Eleventh Circuit decision unanimously denying Alabama's Emergency Motion for Stay Pending Appeal of a preliminary injunction, which had enjoined statutory and de facto restrictions on the fundamental right to vote to reflect the dangers of the COVID-19 pandemic. Doc. 122. Upon the Eleventh Circuit's denial of the motion for stay, defendants-appellants submitted an emergency application to the Supreme Court of the United States requesting a stay of the preliminary injunction.

On July 2, 2020, the Supreme Court granted the application for stay, pending disposition of the appeal in the Eleventh Circuit and disposition of the petition for

1

a writ of certiorari, if such a writ is sought. *See* Exhibit A ("Order"). Neither the five justices in the majority nor the four justices who noted their dissent supplied the reasoning for their votes in the emergency order.

Respectfully submitted this 9th day of July, 2020.

**Sean Young**
Attorney Bar Number: 790399
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org

Sophia Lin Lakin
Dale E. Ho
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-519-7836
Email: slakin@aclu.org
dho@aclu.org

Attorneys for Plaintiffs

## **CERTIFICATE OF COMPLIANCE**

Pursuant to N.D. Ga. Local Civil Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with N.D. Ga. Local Civil Rule 5.1(C) in Times New Roman 14-point typeface.

**Sean Young**
Attorney Bar Number: 790399
Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

**Sean Young**
Attorney Bar Number: 790399
Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org