# EXHIBIT 1

**Vincent Russo**

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **Sent:** | Friday, July 10, 2020 4:30 PM |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 1:20-cv-01489-AT Black Voters Matter Fund et al v. Raffensperger et al Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

From External Sender

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

The Court is now live on NextGen CM/ECF. To continue e-filing, all registered attorneys must have an individual, upgraded PACER account. In addition, attorneys who registered for e-filing in this court prior to April 15, 2019, must link their individual, upgraded PACER account to their legacy CM/ECF account. Details may be found on our **website**.

U.S. District Court

Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 7/10/2020 at 4:29 PM EDT and filed on 7/10/2020
**Case Name:**      Black Voters Matter Fund et al v. Raffensperger et al
**Case Number:**    1:20-cv-01489-AT
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER, by docket entry only: The Secretary is directed to file a list of counties which established one or more outdoor absentee ballot drop boxes for the June 2020 elections as well as a list of which counties did not establish any absentee ballot drop boxes. The list shall be filed no later than July 17, 2020. By Judge Amy Totenberg on 7/10/20. (hfm)**

**1:20-cv-01489-AT Notice has been electronically mailed to:**

Alexander Fraser Denton     adenton@robbinsfirm.com, dbutler@robbinsfirm.com, dmcdaniel@robbinsfirm.com, jenglish@robbinsfirm.com, kmccuiston@robbinsfirm.com, rmeier@robbinsfirm.com

Brian Edward Lake     blake@robbinsfirm.com, dbutler@robbinsfirm.com, dmcdaniel@robbinsfirm.com,

1

jenglish@robbinsfirm.com, kmccuiston@robbinsfirm.com, rmeier@robbinsfirm.com

Charlene S McGowan    cmcgowan@law.ga.gov

Dale E. Ho    dho@aclu.org, lcarpenter@aclu.org, slakin@aclu.org

Irene B. Vander Els    ivanderels@dekalbcountyga.gov, glmcfadden@dekalbcountyga.gov

Joshua Barrett Belinfante    jbelinfante@robbinsfirm.com, dbutler@robbinsfirm.com, dmcdaniel@robbinsfirm.com, jenglish@robbinsfirm.com, kmccuiston@robbinsfirm.com, rmeier@robbinsfirm.com

Melanie Leigh Johnson    mjohnson@robbinsfirm.com

Sean Young    syoung@acluga.org

Shelley Driskell Momo    sdmomo@dekalbcountyga.gov, amjackson@dekalbcountyga.gov

Sophia Lin Lakin    slakin@aclu.org, bschratz@aclu.org, mperez@aclu.org

Vincent Robert Russo , Jr.    vrusso@robbinsfirm.com, dbutler@robbinsfirm.com, dmcdaniel@robbinsfirm.com, jenglish@robbinsfirm.com, kmccuiston@robbinsfirm.com, rmeier@robbinsfirm.com

**1:20-cv-01489-AT Notice has been delivered by other means to:**