# EXHIBIT 3

|  | A | B |
|---|---|---|
| 1 | **County** | **Address of Drop Box Location** |
| 2 | Appling | 69 Tiipins St Baxley |
| 3 | Bacon | Bacon County Elections office 232 W 12th ST, Alma, GA 31510 |
| 4 | Baker | 167 Baker Place in Newton |
| 5 | Baldwin | 121 N Wilkinson St Milledgeville, Ga 31061 |
| 6 | Banks | 226 Candler Street, Homer, GA  30547 |
| 7 | Barrow | 233 E. Broad St. Winder, GA 30680 |
| 8 | Bartow | Bartow County Courthouse 135 W. Cherokee Ave. Cartersville, GA 30120 |
| 9 | Bartow | Bartow County Board of Elections & Voter Registration 1300 Joe Frank Harris Pkwy. Cartersville, GA 30120 |
| 10 | Bartow | Allatoona Resource Center 6503 Glade Rd.  Acworth, GA 30102 |
| 11 | Bartow | Euharlee City Hall 30 Burges Mill Rd. Euharlee, GA 30145 |
| 12 | Ben Hill | 602.S.Grant St.Fitzgerald, GA |
| 13 | Brantley | 10305 N Main St. Suite 400, Nahunta, GA 31553 |
| 14 | Bryan | 2  66 captain Matthew freeman drive Richmond hill/ 151 S College Street Pembroke |
| 15 | Butts | 625 W. Third St Jackson, GA 30233 |
| 16 | Calhoun | 31 Court St. Morgan Ga 39866 |
| 17 | Catoosa | 5238 Evitt St. Ringgold, GA 30736 |
| 18 | Chatham | 1117 Eisenhower Dr., Suite E, Savannah, GA  31406 |
| 19 | Cherokee | 2782 Marietta Hwy, Canton 30114 |
| 20 | Clarke | 155 E Washington Street; Athens, 30605 |
| 21 | Clarke | 2025 Baxter Street; Athens 30606 |
| 22 | Clarke | 775 E Broad Street; Athens 30601 |
| 23 | Clarke | 275 Cleveland Road; Bogart 30622 |
| 24 | Clay | 210 S Washington St, Fort Gaines, GA. |
| 25 | Clayton | 121 S. McDonough Street, Jonesboro GA 30236 |
| 26 | Cobb | East Cobb Government Service Center, 4400 Lower Roswell Rd, Marietta, GA 30068 |
| 27 | Cobb | South Cobb Government Service Center, 4700 Austell Rd, Austell, GA 30106 |
| 28 | Cobb | North Cobb Regional Library, 3535 Old 41 Hwy NW, Kennesaw, GA 30144 |
| 29 | Cobb | Elections Main Office, 736 Whitlock Avenue, Marietta, GA 30064 |
| 30 | Coffee | 224 West Ashley St. Douglas, Ga. 31533 |

| | A | B |
|---|---|---|
| 1 | **County** | **Address of Drop Box Location** |
| 31 | Colquitt | 101 East Central Ave. Moultrie, GA 31768 |
| 32 | Cook | 1200 South Hutchinson Avenue, Adel, GA 31620. |
| 33 | Coweta | 22 E Broad St. Newnan GA. 30263 |
| 34 | Crawford | 640 Ga Hwy 128 Roberta Ga 31078 |
| 35 | Crisp | 210 S. 7th St Main Entrance Walkway Cordele, GA 31015 |
| 36 | Dade | 71 Case Avenue Trenton, GA 30752 |
| 37 | Dawson | 96 Academy Avenue Dawsonville, Ga  30534 |
| 38 | Decatur | Elections Office at 122 W. Water St |
| 39 | DeKalb | Brookhaven City Hall -  4362 Peachtree Rd NE, Brookhaven, GA 30319 |
| 40 | DeKalb | 4380 Memorial Dr., Decatur, GA 30032 (Two boxes are located at this address) |
| 41 | Dooly | 402 Hawkinsville Road Vienna, GA 31092 |
| 42 | Dougherty | Government Center, 222 Pine Avenue, Albany, GA 31701 |
| 43 | Douglas | 8700 Hospital Dr. Douglasville GA 30134 (2 boxes located at this address) |
| 44 | Early | 17 McDonald St. in Blakely. |
| 45 | Echols | 110 Hwy 94 East, Statenville, GA  31648 |
| 46 | Elbert | 45 Forest Ave. Elberton, Ga 30635 |
| 47 | Evans | Evans County Courthouse Annex, 201 Freeman Street, Claxton GA  30417 |
| 48 | Fayette | 140 Stonewall Avenue West, Suite 208, Fayetteville, GA 30214 |
| 49 | Floyd | 12 East Fourth Avenue, Rome GA 30162 In front of Elections Office door |
| 50 | Floyd | Sara Hightower Regional Library, 205 Riverside Pkwy NE,  Rome, GA 30162 |
| 51 | Forsyth | 1201 Sawnee Drive, Cumming, GA 30040 |
| 52 | Franklin | 7850 Royston Rd Carnesville, GA 30521 |
| 53 | Fulton | Alpharetta Branch Library: 10 Park Plaza Alpharetta, GA 30009 |
| 54 | Fulton | Auburn Avenue Research Library: 101 Auburn Avenue, NE Atlanta, GA 30303 |
| 55 | Fulton | College Park Branch Library: 3647 Main Street College Park, GA 30337 |
| 56 | Fulton | East Point Branch Library: 2757 Main Street East Point, GA 30344 |

|   | A | B |
|---|---|---|
| 1 | **County** | **Address of Drop Box Location** |
| 57 | Fulton | East Roswell Branch Library: 2301 Holcomb Bridge Road Roswell, GA 30076 |
| 58 | Fulton | Evelyn G. Lowery at Cascade: 3665 Cascade Road, SW Fairburn, GA 30213 |
| 59 | Fulton | Fairburn Branch Library: 60 Valley View Drive Fairburn, GA 30213 |
| 60 | Fulton | Gladys S. Dennard Library at South Fulton: 4055 Flat Shoals Road, Union City, GA 30291 |
| 61 | Fulton | Johns Creen Environmental Campus: 8100 Holcomb Bridge Road, Alpharetta, GA 30022 |
| 62 | Fulton | Metropolitan Branch Library: 1332 Metropolitan Parkway, Atlanta, GA 30310 |
| 63 | Fulton | Milton Branch Library: 855 Mayfield Road, Milton, GA 30009 |
| 64 | Fulton | North Fulton Service Center(Rm. 232) 7741 Roswell Road, Sandy Springs, GA 30350 |
| 65 | Fulton | Northwest Branch Library at Scott's Crossing: 2489 Perry Blvd. Atlanta, GA 30318 |
| 66 | Fulton | North Training Center: 5025 Roswell Road Atlanta, GA 30342 |
| 67 | Fulton | Palmetto Branch Library: 9111 Cascade Palmetto Hwy Palmetto, GA 30268 |
| 68 | Fulton | Robert E. Fulton Regional Library at Ocee: 5090 Abbotts Bridge Rd, Johns Creek, GA 30005 |
| 69 | Fulton | Roswell Branch Library: 115 Norcross Street Roswell, GA 30075 |
| 70 | Fulton | Sandy Springs Branch Library: 395 Mt. Vernon Hwy, NE Sandy Springs, GA 30328 |
| 71 | Fulton | South Fulton Service Center: 5600 Stonewall Tell Road, College Park, GA 30349 |
| 72 | Fulton | Wolf Creek Branch Library: 3100 Enon Road, Atlanta, GA 30331 |
| 73 | Glynn | 1815 Gloucester St Brunswick, GA 31520 |
| 74 | Gordon | Gordon County Annex Building at 101 S. Piedmont Street, Calhoun, Ga  30701 |
| 75 | Grady | The Courthouse, 250 N. Broad St., Cairo, Ga.39828 |
| 76 | Gwinnett | Bogan Park Community Recreation Center 2723 North Bogan Rd. Buford, GA |

| | A | B |
|---|---|---|
| 1 | **County** | **Address of Drop Box Location** |
| 77 | Gwinnett | Dacula Park Activity Building 2735 Old Auburn Avenue, Dacula |
| 78 | Gwinnett | George Pierce Park Community Recreation Center 55 Buford Highway, Suwanee |
| 79 | Gwinnett | Lenora Park Gym 4515 Lenora Church Road, Snellville |
| 80 | Gwinnett | Lucky Shoals Park Community Recreation Center 4651 Britt Road, Norcross |
| 81 | Gwinnett | Mountain Park Aquatic Center 1063 Rockbridge Road, Stone Mountain |
| 82 | Gwinnett | Shorty Howell Park Activity Building 2750 Pleasant Hill Road, Duluth |
| 83 | Gwinnett | Voter Registrations and Elections Beauty P. Baldwin Building 455 Grayson Highway, Suite 200 Lawrenceville |
| 84 | Hall | 2875 Browns Bridge Road, Gainesville, GA 30504 |
| 85 | Hancock | 9091 E. Broad St. Sparta, GA 31087 |
| 86 | Haralson | 4485 Georgia Highway 120 Buchanan, GA 30113 |
| 87 | Harris | 104 N College St, Hamilton, GA |
| 88 | Hart | 182 Cade St., Ste. B, Hartwell, GA  30643. |
| 89 | Houston | 801 Main St Perry, Ga 31069 |
| 90 | Houston | 200 Carl Vinson Parkway Warner Robins, Ga 31088 |
| 91 | Jackson | 441 Gordon Street, Jefferson GA 30549 |
| 92 | Jasper | 126 W Greene St Monticello GA 31064 |
| 93 | Jeff Davis | 14 Jeff Davis Street. |
| 94 | Jones | 166 Industrial Blvd, Gray, GA  31032 |
| 95 | Lamar | 408 Thomaston Street Barnesville, Georgia 30204 |
| 96 | Laurens | 117 E. Jackson St., Ste. A, Dublin, GA 31021 |
| 97 | Lee | 100 Starksville Avenue, North, Suite C, Leesburg, GA 31763 |
| 98 | Liberty | 100 Main St., Hinesville, GA |
| 99 | Lincoln | 160 May Ave. Lincolnton, GA  30817 |
| 100 | Lowndes | 2808 N Oak St, Valdosta, GA 31602 |
| 101 | Lumpkin |  56 Short Street, Dahlonega, GA 30533 |
| 102 | Madison | 94 Spring Lake Dr Danielsville, GA 30633 |
| 103 | Marion | 100 Burkhalter Ave, Buena Vista, GA 31803 |
| 104 | McDuffie | 4614 Augusta Hwy   Dearing, GA 30808 |
| 105 | McIntosh | 103 Jefferson St. Darien, Ga. |
| 106 | Murray | Annex building at 121 South 4th Avenue, Chatsworth. |

|  | A | B |
|---|---|---|
| 1 | **County** | **Address of Drop Box Location** |
| 107 | Muscogee | 117 E. Jackson St., Ste. A, Dublin, GA 31021 31906 |
| 108 | Newton | 1113 Usher Street Covington, GA  30014 |
| 109 | Oglethorpe | 109 E. Boggs Street Lexington, Georgia |
| 110 | Paulding | Paulding County Administration Building and Courthouse Campus 240 Constitution Blvd., Dallas, GA 30132 |
| 111 | Paulding | Hiram City Hall 217 Main St., Hiram, GA 30141 |
| 112 | Peach | 205 West Church St. Fort Valley, Ga 31030 |
| 113 | Pickens | 83 Pioneer Rd Jasper, Ga 30143 |
| 114 | Pierce | Pierce County Courthouse Annex, 312 Nichols Street, Suite 2, Blackshear, Ga. 31516 |
| 115 | Pike | 81 Jackson St. Zebulon GA 30295 |
| 116 | Polk | 144 West Avenue, Cedartown, GA  30125 |
| 117 | Rabun | 18 Old Raco High Dr, Suite 105 Clayton Ga. 30525 |
| 118 | Richmond | 535 Telfair Street Augusta, GA  30901 |
| 119 | Richmond | 4335 Windsor Spring Road Hephzibah, GA  30815 |
| 120 | Richmond | 2463 Golden Camp Road Augusta, GA  30906 |
| 121 | Richmond | 300 Warren Road Augusta, GA  30909 |
| 122 | Rockdale | 1261 Commercial Drive, SW, Suite B, Conyers, GA 30094 |
| 123 | Schley | 47 N. Pecan St., Ellaville, GA 31806 |
| 124 | Spalding | 825 Memorial Drive Griffin, Ga 30223 |
| 125 | Stephens | 70 N. Alexander St., Toccoa, Ga. 30577 |
| 126 | Sumter | 500 West Lamar Street Americus, Georgia 31709 |
| 127 | Talbot | 141 N. Jefferson Avenue, Talbotton, Ga 31827 |
| 128 | Telfair | 91 Telfair Ave Annex Bldg #3, McRae Helena, GA 31055 |
| 129 | Terrell | Terrell County Governmental Building 955 Forrester Dr. SE, Dawson, GA 39842 |
| 130 | Thomas | 1402 E Jackson St., Thomasville, GA 31792 |
| 131 | Tift | 222 Chesnutt Ave Building B Tifton, GA 31794 |
| 132 | Towns | 67 Lakeview Circle, Suite A Hiawassee, Georgia 30546 |
| 133 | Turner | 1807  US HIGHWAY 41 NORTH SYCAMORE, GA 31790 |
| 134 | Union | 65 Courthouse St. Blairsville, GA |
| 135 | Upson | 106 East Lee Street Thomaston, GA  30286 |
| 136 | Walton | 303 S Hammond Drive, Monroe, GA 30655 |
| 137 | Wheeler | 16 W. Forest Ave, Suite 101, Alamo GA 30411 |
| 138 | White | 1241 Helen Hwy, Cleveland, Ga. 30528 |

|     | A | B |
| --- | --- | --- |
| 1 | **County** | **Address of Drop Box Location** |
| 139 | Whitfield | 205 North Selvidge Street, Dalton, GA 30720 |
| 140 | Wilkes | 23 Court Street, Washington, GA 30673 |
| 141 | Worth | 201 N main st sylvester ga 31791 |