# EXHIBIT 4

|    | A | B |
|----|---|---|
| 1  | **County** | **Address of Drop Box Location** |
| 2  | Atkinson | N/A |
| 3  | Berrien | N/A |
| 4  | Bibb | N/A |
| 5  | Bleckley | N/A |
| 6  | Brooks | N/A |
| 7  | Bulloch | N/A |
| 8  | Burke | N/A |
| 9  | Camden | N/A |
| 10 | Candler | N/A |
| 11 | Carroll | N/A |
| 12 | Charlton | N/A |
| 13 | Chattahoochee | N/A |
| 14 | Chattooga | N/A |
| 15 | Clinch | N/A |
| 16 | Columbia | N/A |
| 17 | Dodge | N/A |
| 18 | Effingham | N/A |
| 19 | Emanuel | N/A |
| 20 | Fannin | N/A |
| 21 | Gilmer | N/A |
| 22 | Glascock | N/A |
| 23 | Greene | N/A |
| 24 | Habersham | N/A |
| 25 | Heard | N/A |
| 26 | Henry | N/a |
| 27 | Irwin | N/A |
| 28 | Jefferson | N/A |
| 29 | Jenkins | N/A |
| 30 | Johnson | N/A |
| 31 | Lanier | N/A |
| 32 | Long | N/A |
| 33 | Macon | N/A |
| 34 | Meriwether | N/A |
| 35 | Miller | N/A |
| 36 | Mitchell | N/A |
| 37 | Monroe | N/A |
| 38 | Montgomery | N/A |
| 39 | Morgan | N/A |
| 40 | Oconee | N/A |

|    | A | B |
|----|---|---|
| 1  | **County** | **Address of Drop Box Location** |
| 41 | Pulaski | N/A |
| 42 | Putnam | N/A |
| 43 | Quitman | N/A |
| 44 | Randolph | N/A |
| 45 | Screven | N/A |
| 46 | Seminole | N/A |
| 47 | Stewart | N/A |
| 48 | Taliaferro | N/A |
| 49 | Tattnall | N/A |
| 50 | Taylor | N/A |
| 51 | Toombs | N/A |
| 52 | Treutlen | N/A |
| 53 | Troup | N/A |
| 54 | Twiggs | N/A |
| 55 | Walker | N/A |
| 56 | Ware | N/A |
| 57 | Warren | N/A |
| 58 | Washington | N/A |
| 59 | Wayne | N/A |
| 60 | Webster | N/A |
| 61 | Wilcox | N/A |
| 62 | Wilkinson | N/A |