# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BLACK VOTERS MATTER FUND, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, et al.,<br><br>  Defendants. | Civil Action No. 1:20-cv-1489-AT |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT

Before the Court is the Plaintiffs' Unopposed Motion to File Second Amended Complaint, Doc. 140. Fed. R. Civ. P. 15(a)(2) provides that where a party is not entitled to amend as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." The parties have consented that Plaintiffs should be given leave to file the proposed Second Amended Complaint. The Court finds good cause to grant the motion and docket the proposed Second Amended Complaint.

1

Accordingly, IT IS ORDERED:

1. Plaintiffs' Unopposed Motion to File Second Amended Complaint, Docket No. 140, is GRANTED.

IT IS SO ORDERED. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and docket Plaintiffs' Second Amended Complaint, located at Doc. 140, Exhibit 1.

SO ORDERED this 28th day of August, 2020.

_____
Amy Totenberg
United States District Judge

Prepared by:
**<u>Sean Young</u>**
Attorney Bar Number: 790399
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, GA 30357
Telephone: (678) 981-5295
Email: syoung@acluga.org

Sophia Lin Lakin*
Dale E. Ho*
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-519-7836
Email: slakin@aclu.org
dho@aclu.org

Attorneys for Plaintiffs

*Admitted pro hac vice*